■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDGARDO RODRIGUEZ-ORTIZ, Appellant. [802 NYS2d 622]—Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered February 18, 2004, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree, and sentencing him, as a persistent violent felony offender, to a term of 12 years to life, unanimously affirmed.

Defendant's waiver of his right to appeal encompasses his present constitutional challenge to the procedure under which he was sentenced as a persistent violent felony offender (*see People v Callahan*, 80 NY2d 273, 281 [1992]; *People v Figueroa*, 13 AD3d 163 [2004], *lv denied* 4 NY3d 798 [2005]). Were we to find that this issue was not waived, we would find it to be unpreserved and, in any event, without merit (*see People v Rosen*, 96 NY2d 329 [2001], *cert denied* 534 US 899 [2001]). Defendant's mandatory sentence was based entirely on his prior convictions (*see Almendarez-Torres v United States*, 523 US 224 [1998]). Concur—Marlow, J.P., Nardelli, Williams, Sweeny and McGuire, JJ.